```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    v.             CASE NO. 6:09-CR-60002-001

BRANDT EVERETT EPLEY                                    DEFENDANT

## **O R D E R**

Now before the Court are Defendant's Second Motion for Pre-Trial Release (doc. 45) and the Government's Response (doc. 47). The Court previously granted Defendant's Motions for two psychological evaluations. During the second examination, J. Douglas Crowder, M.D., opined that Defendant is no longer competent and is unable to assist properly in his defense at this time (doc. 45, ex. 1). Defendant currently requests the Court to release him pending trial on the condition he is admitted to a private facility, Rational Reflections, to remain until his competency is restored and a trial conducted in this matter (doc. 45). The Government objects (doc. 47) and requests a hearing to determine whether Defendant is currently competent to stand trial.

The Court finds that a hearing is necessary and is scheduled for **Wednesday, January 27, 2010 at 1:00 p.m in Hot Springs.** Prior to this hearing, it is ordered that Dr. Crowder's report be filed with the Court, pursuant to the provisions of section 4247(b) and (c). At the hearing, the Court will determine whether Defendant is suffering from a

**AO72A**
**(Rev. 8/82)**

mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  *See* 18 U.S.C. §§ 4241(a), 4247(d). Defendant's Motion (doc. 45) seeking pretrial release is DENIED.

IT IS SO ORDERED this 21st day of December 2009.

>　　　　　　　　　　　　　　/s/ Robert T. Dawson
>　　　　　　　　　　　　　　Honorable Robert T. Dawson
>　　　　　　　　　　　　　　United States District Judge